UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM E. TOLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>        Defendants. | Case No. 22-cv-01467-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 17, 2022

_____
SUSAN ILLSTON
United States District Judge